UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06CR1114-L |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| PATRICIA LIMON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   IT IS HEREBY ORDERED upon joint motion of the parties that the motions <u>in</u> <u>limine</u> hearing in the above-entitled case be reset for <u>April 9, 2007, at 10:00 a.m.</u>, and the trial date be reset for <u>April 17, 2007, at 9:00 a.m.</u>

   IT IS SO ORDERED.

DATED: March 2, 2007

_____
M. James Lorenz
United States District Court Judge

06CR1114-L